IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA MOSHA HARDING,** | : | |
| Plaintiff | : | No. 1:14-cv-00473 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JAMES PATRICK O'SHEA, III, et al.,** | : | (Chief Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

Before the Court in the captioned action is a September 11, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, upon review and record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Defendant Adams County's Motion to Dismiss (Doc. 28) is **GRANTED** and the Plaintiff's Complaint is dismissed as to this Defendant.

3) Plaintiff's Amended Complaint is **DISMISSED** with respect to Defendant Conewago Township Police Department for failure to state a claim upon which relief can be granted.

4) The case is **REFERRED** back to the Magistrate Judge for further pretrial management.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

Dated: October 1, 2014.