IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA MOSHA HARDING** | : | CIVIL ACTION NO. 1:14-cv-473 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **JAMES PATRICK OSHEA, III,** et al. | : | |
| | : | |
| Defendants | : | |

# O R D E R

Before the Court in the captioned action is an October 2, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 20th day of October 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 61).

2) Defendant's motion to dismiss for failure to prosecute (Doc. No. 59) is **GRANTED**. Plaintiff's complaint is **DISMISSED**.

3) The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania